IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LINDA RACINE, LEE ALLEN CALF LOOKING, RONELLE LEA ROSE, JANAL LYNN ROSE, LYNELL RONNI ROSE, and BLACKFEET TRIBE,<br><br>Defendants. | CV 18-04-GF-BMM<br><br>ORDER |

The Court, having reviewed the Stipulation to Dismiss Blackfeet Tribe, and finding good cause therefor, orders as follows:

IT IS HEREBY ORDERED that:

1. The Stipulation at Doc. 35 is approved;

2. Blackfeet Tribe is dismissed as a defendant to this action with prejudice;

3. The caption of this action shall be amended to remove Blackfeet Tribe as a defendant;

4. Blackfeet Tribe's Motion to Dismiss at Doc. 23 is denied as moot;

5. The hearing presently scheduled for Wednesday, August 8, 2018, at Doc. 34 is VACATED; and

6. The parties shall each bear their own costs, fees, and expenses.

DATED this 21st day of June, 2018.

_____
Brian Morris
United States District Court Judge